O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMMY PEDROZA, | ) | Case No. CV 12-01102 DDP (VBKx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE REMANDED FOR** |
| v. | ) | **LACK OF SUBJECT MATTER** |
| | ) | **JURISDICTION** |
| MICHAELS STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the parties are ordered to file cross-briefs, not to exceed ten pages, by no later than Friday, April 20, 2012, to show cause why this action should not be dismissed for failure to satisfy the amount in controversy requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.

///

///

///

       The court notes that the Defendant has the burden of establishing removal jurisdiction.  If a party does not file a brief, the court will regard the party as not opposing remand of this matter.

IT IS SO ORDERED.


Dated: April 11, 2012

                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge

2