O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TAMMY PEDROZA, | ) | Case No. CV 12-01102 DDP (VBKx) |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE REMANDED FOR** |
| v. | ) | **LACK OF SUBJECT MATTER** |
| | ) | **JURISDICTION** |
| MICHAELS STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     It is not clear to the court that the amount in controversy in

this matter exceeds $75,000, as is required to establish diversity

jurisdiction under 28 U.S.C. § 1332.

     Accordingly, the parties are ordered to file cross-briefs, not

to exceed ten pages, by no later than Friday, April 20, 2012, to

show cause why this action should not be dismissed for failure to

satisfy the amount in controversy requirement.  The parties should

also deliver a courtesy copy to chambers, Room 244-J, Second Floor,

312 N. Spring Street, Los Angeles.

///

///

///

1       The court notes that the Defendant has the burden of

2   establishing removal jurisdiction.  If a party does not file a

3   brief, the court will regard the party as not opposing remand of

4   this matter.

5

6   IT IS SO ORDERED.

7

8

9   Dated: April 11, 2012

10                                           DEAN D.  PREGERSON
                                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2