JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, East District,
Pomona, No. KC 062855

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY PEDROZA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAELS STORES, INC.,<br><br>　　　　Defendant.<br>_____ | Case No. CV 12-01102 DDP (VBKx)<br><br>**ORDER OF REMAND** |

THE COURT having ordered the moving party to show cause in writing, not later than April 20, 2012, why this action should not be remanded and the moving party having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 8, 2012

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge